**No. 60831.**—Schenley Import Corp. *v.* United States, protests 207932–K and 230408–K (San Francisco).

Opinion by JOHNSON, J. At the trial, it was stipulated that no allowance was made on certain cases of whisky, reported by the inspector as manifested, but not landed. In accordance with stipulation of counsel and following *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), it was held that duty and internal revenue tax are not assessable upon the quantities reported by the inspector as not landed.

**No. 60832.**—Gallagher & Ascher Co. et al. *v.* United States, protests 229028–K/ 5107, etc. (Chicago).

Opinion by JOHNSON, J. It was stipulated that an allowance was made for gelatinous substance on certain canned hams and similar pork products equal to 10 percent of the contents of the tins, whereas there should have been an allowance of 20 percent, and that, following a Bureau of Customs ruling, had the review period not expired, the collector would have made an allowance equal to 20 percent. In accordance with stipulation of counsel and following *Axel Stokby et al.* v. *United States* (4 Cust. Ct. 343, C. D. 358), the merchandise was held dutiable at 3¼ cents per pound under paragraph 703, Tariff Act of 1930, upon the basis of the net weight of the contents of the tins, less an allowance for gelatinous substance equal to 20 percent of the contents of each tin.

**No. 60833.**—Maher-App & Company *v.* United States, protests 259188–K/14498 and 259189–K/14536 (New Orleans).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

**No. 60834.**—Dunnington & Arnold, Inc. *v.* United States, protest 270275–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60835.**—Walter Hart, Inc. *v.* United States, protest 270852–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.